# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 18-1157 AB (MRW) | Date | November 8, 2018 |
|---|---|---|---|
| Title | Tucker v. Swain | | |

Present: The Honorable   Michael R. Wilner

| Veronica Piper | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| None present | None present |

**Proceedings:**        ORDER TO SHOW CAUSE RE: DISMISSAL

1.      The Court previously issued a screening order noted several crucial apparent defects with Petitioner's habeas petition.  In August 2018, the Court gave Petitioner additional time to respond to the Court's screening order.  (Docket # 9.)  The Court extended Petitioner's deadline to September 28.  However, to date, Petitioner has not filed anything further in this action.

2.      It is ORDERED that Petitioner show cause why this action should not be dismissed.  Petitioner may discharge this order by filing: (a) his substantive response to the Court's screening order; and (b) an explanation as to why he failed to comply with the Court's previous deadline.  Petitioner's submissions will be due by December 7.

3.      <u>Alternatively</u>, Petitioner may voluntarily dismiss this action without further consequence.

**Failure to file a timely submission as directed above will result in a recommendation that this action be dismissed for failure to prosecute and obey Court orders pursuant to Federal Rule of Civil Procedure 41(b).**